NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY R. SILER,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5017

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-134, Judge Francis M. Allegra.

---

**ON MOTION**

---

**O R D E R**

Stanley R. Siler moves for leave to proceed in forma pauperis, to expedite proceedings, and for "joinder."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to proceed in forma pauperis is granted. Any other pending motions are denied.

FOR THE COURT

DEC 2 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Stanley R. Siler
     Alexis Echols, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2010

JAN HORBALY
CLERK